UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

PLAINTIFF:

PATRICIA MITCHELL

1218 CALIBRE LAKE PARKWAY SE

SMYRNA, GEORGIA 30082

Case: 1:22–cv–03573 JURY DEMAND
Assigned To : Walton, Reggie B.
Assign. Date : 11/7/2022
Description: Employ. Discrim. (H–DECK)

CIVIL ACTION NO:

Vs

DEFENDANT:

NATIONAL CREDIT UNION ADMINISTRATION

1775 DUKE STREET

ALEXANDRIA, VA 22314

COMPLAINT

1. I AM FILING THIS COMPLAINT IN THIS DISTRICT COURT FOR THE FOLLOWING REASONS:

- The Defendant is a federal agency,
- The causes of action is violation of Equal Pay Act resulting in pecuniary losses and emotional distress, discrimination and disparate treatment in the hiring, recruitment, and salary negotiation process (being requested for a third interview after selection), and failure to negotiate salary.
- Although defendants claim I was still in the vetting process after my selection and the third interview was more of an introduction, the agency led me to believe the third



RECEIVED
NOV - 7 2022
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- interview would be a substantive interview. I had already been selected when requested for a third interview and I believe this was disparate treatment for I do not believe the current incumbent who replaced my position were required to undergo a third interview AFTER being selected for the position. Additionally, at the time I was selected, I was not informed I was still in the vetting process.
- As a former federal employee, I believe I was discriminated against during the hiring, recruiting, and salary negotiation process. I was initially offered a salary of $106,000 per year because the HR Analyst, Tammy Lewis, asked for my current SF 50 to be able to have a foundation of on which to offer me the same salary, but I rejected this salary and asked for a salary of $170k, a salary at which other employees and hires were being paid at the same grade level at which I was being selected. Ms. Lewis initially told me this would be a lateral move and failed to inform me the salary was negotiable.
- It was not until I brought up the issue of salary is when she informed me that the salary could be negotiated because she wanted me to work the salary at which I was currently earning, although I would have to relocate.
- I submitted my request for salary negotiation, and I heard very little feedback from Ms. Lewis regarding the status of my negotiation. My recent requests and follow up emails went ignored.
- Ms. Lewis told me that by accepting the position, this would constitute a lateral move although the pay grades were different and, if NCUA would have complied with the pay scales, this would have been a salary promotion for me. I believe Ms. Lewis told me this position would be a lateral move because they were not expecting me to request a higher salary.
- At the time, Ms. Lewis sent me my selection, she did not inform me at all that I was still in the vetting process. She did not say that I was in the vetting process until after Ms. Morgan requested a third interview from me.
- Ms. Morgan went against the usual recruiting process by requesting a third interview after I had been selected, and I believe this was done to eliminate me from consideration because they were unwilling to pay me a comparable salary.

- A salary 15k under what I originally requested (170k) was decided for me although my coworkers at the same were being paid a salary of 174k at the same grade level. Thus, I am filing an Equal Pay lawsuit against National Credit Union Administration. My cause of action is violation of Equal Pay Act which resulted in pecuniary losses due to the discrimination I endured.

1. I believe the above conditions constitute disparate treatment in the hiring, recruiting and compensation process. I believe I was discriminated against because I am an African American female.
2. I am requesting future losses of what I would have been paid if I had not detected discrimination in the hiring process
3. I am requesting compensation in pecuniary losses of what I would have been paid if I had become an employee at NCUA at the CU-13 grade level had I not encountered the discrimination.
4. I am also requesting damages in emotional distress.

I am requesting compensatory damages in $300,000.

I would like for my case to be heard in a trial by jury.

PATRICIA MITCHELL   *Patricia Mitchell*

1218 CALIBRE LAKE PARKWAY SE

SMYRNA, GEORGIA 30082

Tel: (919)-943-7275

Email:  wells14310@gmail.com

 Filed: November 7, 2022